IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ROBERT LEWIS, JR.,**<br>**On behalf of himself and others similarly situated,**<br><br>   Plaintiff,<br><br>v.<br><br>**4th AVE MARKETING, LLC,**<br><br>   Defendants. | **CIVIL ACTION FILE NO.**<br><br>**1:25-cv-02764-SCJ** |

## ORDER

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**IT IS SO ORDERED** this 13th day of June, 2025.

/s/ Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**