# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Robert Lewis, Jr., on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>4th Ave. Marketing, LLC<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION FILE<br>)   NO. 1:25-cv-2764-SCJ<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jennifer A. Adler, Esq., of the law firm of Weinberg Wheeler Hudgins Gunn & Dial, LLC, hereby enters her appearance in this action as counsel for defendant 4th Ave. Marketing, LLC, and requests copies of all pleadings, motions, orders, notices and other papers filed in this action to be served on her.

DATED:  June 19, 2025

                                              Respectfully submitted,

                                              WEINBERG, WHEELER, HUDGINS,
                                              GUNN & DIAL, LLC

                                              By: */s/ Jennifer A. Adler*
                                                    Jennifer A. Adler
                                                    Georgia Bar No. 585635

jadler@wwhgd.com
3344 Peachtree Road, NE
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700 – Telephone
(404) 875-9433 – Facsimile

*Attorneys for Defendant 4th Ave. Marketing, LLC*

## **RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

> By: */s/ Jennifer A. Adler*
> Jennifer A. Adler
> Georgia Bar No. 585635
> jadler@wwhgd.com
> 3344 Peachtree Road, NE
> Suite 2400
> Atlanta, Georgia 30326
> (404) 876-2700 – Telephone
> (404) 875-9433 – Facsimile
>
> *Attorneys for Defendant 4th Ave.*
> *Marketing, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused a copy of the within and foregoing to be served on counsel for Plaintiffs by electronically filing the same with the Court via the CM/ECF system, with the Clerk of Court providing notice to the following counsel of record:

This 19th day of June, 2025.

By: */s/ Jennifer A. Adler*
    Jennifer A. Adler
    Georgia Bar No. 585635
    jadler@wwhgd.com
    3344 Peachtree Road, NE
    Suite 2400
    Atlanta, Georgia 30326
    (404) 876-2700 – Telephone
    (404) 875-9433 – Facsimile

*Attorneys for Defendant 4th Ave. Marketing, LLC*