# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Robert Lewis, Jr., on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>4th Ave. Marketing, LLC<br><br>　　　　Defendant. | CIVIL ACTION FILE<br>NO. 1:25-cv-2764-SCJ |

## ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO CLASS ACTION COMPLAINT

Having considered the Consent Motion to Extend Time for Defendant 4TH Ave. Marketing, LLC to answer or otherwise respond to Plaintiff's Class Action Complaint, the Court hereby orders that Defendant's deadline to answer, move, or otherwise respond to the Class Action Complaint shall be extended through and including July 3, 2025.

SO ORDERED this ____ day of June, 2025.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　STEVEN C. JONES
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Prepared by:

Jennifer A. Adler
Georgia Bar No. 585635
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia 30326
Tel: (404) 876-2700
Fax: (404) 875-9433
jadler@wwhgd.com