# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Robert Lewis, Jr., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>4th Ave. Marketing, LLC<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 1:25-cv-2764-MLB |

## ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO CLASS ACTION COMPLAINT

Having considered the Consent Motion to Extend Time for Defendant 4TH Ave. Marketing, LLC to answer or otherwise respond to Plaintiff's Class Action Complaint, the Court hereby orders that Defendant's deadline to answer, move, or otherwise respond to the Class Action Complaint shall be extended through and including July 3, 2025.

SO ORDERED this 20th day of June, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE