# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| Robert Lewis, Jr., on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>4th Ave. Marketing, LLC<br><br>　　　　Defendant. | CIVIL ACTION FILE<br>NO. 1:25-cv-2764-MLB |

## ORDER GRANTING JOINT MOTION FOR LIMITED STAY AND TO EXTEND THE TIME FOR THE PLAINTIFF TO FILE A MOTION FOR CLASS CERTIFICATION

Having considered the Parties' Joint Motion for Limited Stay AND TO Extend the Time for the Plaintiff to File a Motion for Class Certification, the Court hereby orders that the Motion be GRANTED, and hereby stays all proceedings in this case, with the exception of limited discovery on the issue of arbitrability, for a period of ninety (90) days from the date of this Order.

SO ORDERED this 30th day of June, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE