# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Robert Lewis, Jr., on behalf of Himself and All Others Similarly Situated**<br><br>Plaintiff,<br><br>v.<br><br>**4th Ave. Marketing, LLC**<br><br>Defendants. | **CIVIL ACTION FILE NO. 1:25-cv-2764-MLB** |

## DEFENDANT 4th AVE. MARKETING, LLC's NOTICE OF INTENT TO SERVE NON-PARTY SUBPOENAS

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Defendant 4th Ave. Marketing, LLC, by and through counsel, hereby gives notice that if no objection by any party is given within three (3) days of the service of this notice, it will serve subpoenas to the following non-parties:

1. AT&T Internet
   Attn: CT Corporation System
   1999 Bryan Street
   Suite 900
   Dallas, TX 75201

2. Shirel Price
   104 Ridge Drive
   Villa Rica, GA 30180

Defendant is providing copies of each of the foregoing Subpoenas with a copy of this notice to counsel of record via electronic mail.

This 29th day of July, 2025.

                                    **WEINBERG, WHEELER,**
                                    **HUDGINS, GUNN & DIAL, LLC**

                                    /s/ *Jennifer A. Adler*

3344 Peachtree Street            Jennifer A. Adler
Suite 2400                            Georgia Bar No. 585635
Atlanta, Georgia 30326
(404) 876-2700 – Telephone     *Counsel for Defendant 4th Ave.*
(404) 875-9433 – Facsimile      *Marketing, LLC*
jadler@wwhgd.com

## **CERTIFICATE OF COMPLIANCE AND SERVICE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

*/s/ Jennifer A. Adler*
Jennifer A Adler

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Robert Lewis, Jr., on behalf of Himself and All Others Similarly Situated**<br><br>**Plaintiff,**<br><br>v.<br><br>**4th Ave. Marketing, LLC**<br><br>**Defendants.** | **CIVIL ACTION FILE NO. 1:25-cv-2764-MLB** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF INTENT TO SERVE NON-PARTY SUBPOENAS** has been served via Court electronic filing system to assure delivery to all counsel of record as follows:

PARONICH LAW, PC

Anthony I. Paronich
anthony@paronichlaw.com
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Valerie Chin
vchinn@chinnlawfirm.com

This 29th day of July, 2025.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ *Jennifer A. Adler*

3344 Peachtree Street
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700 – Telephone
(404) 875-9433 – Facsimile
jadler@wwhgd.com

Jennifer A. Adler
Georgia Bar No. 585635

*Counsel for Defendant 4th Ave. Marketing, LLC*