# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Robert Lewis Jr., *on behalf of himself and others similarly situated*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>4th Ave Marketing LLC<br><br>　　　　Defendant. | Civil Action No.: 25-cv-2764<br><br>Class Action Complaint<br><br>Jury Trial Demanded |

## Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within thirty days.

Dated: September 22, 2025          PLAINTIFF,


　　　　　　　　　　　　　　　　　*/s/ Anthony Paronich*
　　　　　　　　　　　　　　　　　Anthony Paronich
　　　　　　　　　　　　　　　　　Email: anthony@paronichlaw.com
　　　　　　　　　　　　　　　　　PARONICH LAW, P.C.
　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　Telephone: (617) 485-0018
　　　　　　　　　　　　　　　　　Facsimile: (508) 318-8100