IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Robert Lewis, Jr.,

        Plaintiff,

v.                              Case No. 1:25-cv-2764-MLB

4th Ave Marketing LLC,

        Defendant.
_____/

**ORDER**

    The parties have announced that this case has settled. The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device and will not prejudice the rights of the parties to this litigation in any manner. The parties need only file a motion to reopen the case if settlement negotiations fail.

**SO ORDERED** this 22nd day of September, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE